JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Russell Johnson, | ) | 2:18-cv-06391-RSWL-MAA |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING CASE** |
| v. | ) | |
| GW Supermarket of Rosmead, Inc. et al, | ) | |
| Defendants. | ) | |

On October 23, 2018, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution [9] (the "OSC"). The Court ordered the Plaintiff to respond to the OSC no later than November 2, 2018 to which Plaintiff filed a response indicating that it needed additional time to serve the Complaint [10]. On November 5, 2018, the Court ordered Plaintiff to submit a formal request to extend the service deadline no later than November 13, 2018 [11]. Not having received a formal request to extend the time to serve, the Court again issued an Order to Show Cause [12] for Plaintiff to respond in writing as to why the Court should not dismiss this action for lack of prosecution and failure to comply with this Court's orders. The Court notified counsel that failure to respond to the OSC [12] would result in the dismissal of this action without further warning.

///

///

///

1

1 | Accordingly, the Court hereby DISMISSES this action, without prejudice, pursuant to
2 | Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of the Court is
3 | directed to close the file.
4 |     IT IS SO ORDERED.

Dated: November 16, 2018             /s/ RONALD S.W. LEW
                                             HONORABLE RONALD S. W. LEW
                                             Senior U.S. District Judge